IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL E. VINSANT                                                                                         PLAINTIFF

     v.                              Civil No. 2:13-cv-02059-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

For reasons stated in a Memorandum Opinion dated April 3, 2013, the undersigned dismisses Plaintiff's case without prejudice.

IT IS SO ORDERED this 3rd day of April 2013.

                                                  /s/ J. Marschewski
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        CHIEF UNITED STATES MAGISTRATE JUDGE